314

622 A.2d 285

Gladys A. SEIBERT, Appellant,

v.

COMMUNITY COLLEGE OF ALLEGHENY COUNTY,
Audrey Bruno (and/or Other Clinical Supervisors)
and Bernice Casella.

Supreme Court of Pennsylvania.

Argued March 10, 1993.

Decided April 1, 1993.

William L. Garvin, McKeesport, for appellant.

David Michael Neuhart, Dickie, McCamey & Chilcote, P.C., Pittsburgh, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., did not participate in the consideration or decision of this case.